**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1579**

_____

SHEKHEM BEY,

                                        Plaintiff - Appellant,

        versus

JUWANNA MANN PRODUCTION CORPORATION; MOGAN
CREEK PRODUCTION INCORPORATED; IN DRAG
PRODUCTION CORPORATION; WARNER BROTHERS
PRODUCTION, INCORPORATED; WARNER BROTHERS
PICTURES, INCORPORATED; TIME WARNER PRODUCTION
CORPORATION,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Richard L. Voorhees,
District Judge.  (CA-02-20-3-V)

_____

Submitted:  July 19, 2002          Decided:  July 29, 2002

_____

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Shekhem Bey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shekhem Bey appeals the district court's order denying the request to certify registration of an apparently fraudulent judgment pursuant to 28 U.S.C.A. § 1963 (West Supp. 2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Bey v. Juwanna Mann Prod.</u>, No. CA-02-20-3-V (W.D.N.C. May 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>